

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CATHY COCHRAN
ELSA ALCALA
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

September 29, 2014

Gary Fitzsimmons
Dallas County District Clerk
Frank Crowley Courts Bldg.
133 N. Industrial Blvd.  LB- 12
Dallas, Texas 75207

> RE:  Roderick Harris
> Trial Court Number F-0900409
> Case Number : AP-76,810

Dear Mr. Fitzsimmons:

Please find an order returning the exhibits in the above referenced cause.

Please acknowledge receipt of the exhibits on the enclosed copy of this letter and order, and return it for our files.

Sincerely,

Abel Acosta, Clerk

By:    John Brown
Chief Deputy Clerk